SEALED
BY ORDER OF THE COURT

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Hawaii

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| SCOTT MICHAEL CARTER | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
July 25, 2025 4:20 pm
Lucy H.Carrillo, Clerk of Court

Case No.

MJ25-970 RT

FILED UNDER SEAL PURSUANT TO
CRIMLR5.2(a)(1)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___ November 12, 2024 ___ in the county of ___ Honolulu ___ in the ___ District of ___ Hawaii ___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1) and 924(a)(8) | Felon in possession of ammunition |
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) | Possession with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers |

This criminal complaint is based on these facts:

See affidavit of FBI Special Agent Gabriel F. Keown Jr.

☑ Continued on the attached sheet.

_Complainant's signature_

Gabriel F. Keown Jr., Special Agent, FBI
_Printed name and title_

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2).

Date: ___ 07/25/2025 ___

City and state: ___ Honolulu, Hawaii ___

Rom A. Trader
United States Magistrate Judge

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

AISLINN K. AFFINITO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Aislinn.Affinito@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT MICHAEL CARTER,<br><br>Defendant. | CASE NO. MJ25-970 RT<br><br>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT<br><br>**Filed Under Seal** |

## **AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Gabriel F. Keown Jr., being duly sworn telephonically, state the following is true and correct to the best of my knowledge and belief:

## INTRODUCTION

1.     This affidavit is submitted for the purpose of establishing probable cause that on or around November 13, 2024, within the District of Hawaii, Scott Carter ("CARTER"), the defendant, committed the offense of felon in possession of ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) and possession with intent to distribute controlled substances, namely 50 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

2.     I am a Special Agent with the Federal Bureau of Investigation assigned to the Honolulu Field Office. I have been an FBI Special Agent since September 2019 and have worked a variety of investigations. Currently, I am assigned to the Violent Crime Task Force. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 United States Code and empowered by law to conduct investigations of and to make arrests for the offenses enumerated in Section 2516 of Title 18, United States Code. I am further deputized as a Special Deputy U.S. Marshal and have been assigned to the District of Hawaii U.S. Marshal Hawaii Fugitive Task Force, as a Task Force Officer, where my duties include but are not limited to conducting criminal investigations involving fugitives and fugitive apprehensions. Prior to joining the FBI, I served as a Philadelphia Police Officer for five years. As part of

2

my current duties, I investigate violent crimes, gang-related criminal activity, firearm offenses, drug trafficking, and violent crimes against children. During my law enforcement career, I have participated in numerous investigations involving such crimes.

3.      I have collected evidence in my investigations by conducting physical surveillance, interviewing subjects and witnesses, executing search warrants, conducting undercover operations, using confidential sources, conducting fugitive investigations and fugitive apprehensions. I have received extensive training in these matters as well. Through my training and experience, I have become familiar with the manner in which criminal offenders operate, and the efforts of those involved in such activities.

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and federal agents.  I have personally contacted and conferred with Honolulu Police Department ("HPD") Officers on this matter.  This affidavit is intended to show merely that there is sufficient probable cause for the offenses in the requested Complaint and does not set forth all of my knowledge about this matter.  I have set forth only the facts that I believe are necessary to establish probable cause to support the requested Complaint.

## PROBABLE CAUSE

5.      On November 12, 2024, the Honolulu Police Department (HPD) arrested CARTER for violations of unauthorized control of a propelled vehicle in the first degree, promoting a dangerous drug in the second degree, and driving without a license in violation[1].

6.      An HPD officer utilized his trained and certified Narcotic Detecting Canine to screen the vehicle CARTER was stopped in (hereafter referred to as "SUBJECT VEHICLE").  The SUBJECT VEHICLE received a positive alert to the odor of narcotics during the vehicle inspection. During the subsequent search of the SUBJECT VEHICLE, Investigators recovered two Ziploc bags containing a white crystalline substance, which field tested positive for approximately (9) nine grams of methamphetamine, and a black Samsung cellphone (hereafter referred to as "TARGET DEVICE").

7.      On November 12, 2024 a Federal Search Warrant was issued by Honorable Rom A. Trader under Mag. No. MJ-24-1150 RT for CARTER's residence located at 99-1250 Napuanani Road, Aiea, Hawaii, which was later

---

[1]      HPD Incident Report 24-410221 detailed CARTER's arrest and listed CARTER's address as 99-1240 Napuanani Road, Aiea, Hawaii ("SUBJECT PROPERTY"). CARTER was stopped by HPD in front of SUBJECT PROPERTY and CARTER told HPD officers that the SUBJECT PROPERTY was his residence.

identified by law enforcement to be 99-1240 Napuanani Road, Aiea, Hawaii[2] (hereinafter "SUBJECT PROPERTY") and for the TARGET DEVICE. On November 12, 2024, CARTER was observed operating a 2013 Chrysler 300, Hawaii License Plate: RYR978, which was reported stolen under HPD Report 24-410221. CARTER was observed driving to the SUBJECT RESIDENCE, where CARTER was stopped by HPD for Unauthorized Control of a Propelled Vehicle. The TARGET DEVICE was found inside of the vehicle.

8.    The following items were seized by the FBI as evidence:

a.    One (1) glass pipe and one Ziploc bag containing blue pills stamped "RX693," found on the dining room table;

b.    Three (3) broken glass pipes;

c.    Two (2) small pipes;

d.    Thirteen (13) Ziploc bags containing a white crystalline substance that field tested positive for methamphetamine and two (2) Ziploc bags containing a brown crystalline substance that field tested positive for methamphetamine, with an

---

[2]    Investigators initially had an incorrect street address identified for the SUBJECT PROPERTY (which did not have a posted address), but investigators correctly identified the property intended to be searched in the warrant by the inclusion of photographs.

approximate weight including packaging of about 123.6 grams, found in the purse of CARTER's girlfriend, M.V.;

e.    One (1) Ziploc bag containing a white crystalline substance that field tested positive for methamphetamine with an approximate weight including packaging of about 40.9 grams, found in a bedroom inside of a backpack;

f.    One (1) black scale;

g.    Numerous empty Ziploc bags;

h.    One (1) Ziploc bag containing a white crystalline substance that field tested positive for methamphetamine with an approximate weight including packaging of about 369.2 grams, found in a bedroom inside of a box;

i.    197 rounds of .22 caliber Blazer ammunition, which was found inside a blue bag;

j.    One (1) black scale;

k.    One (1) blue scale;

l.    One (1) silver revolver with black handle, serial number 26077, which was found in a white and black checkered bag;

m.   Five (5) rounds of PFU .32 auto ammunition, which was found loaded in aforementioned firearm that was recovered in the white and black checkered bag;

n.   One (1) glass pipe; and

o.   One (1) black and brown bowl containing a white crystalline substance purported to be methamphetamine with an approximate weight including packaging of about 798.6 grams, found on the dining room table.

9.   A photograph of the evidence seized from SUBJECT PROPERTY is below.



10.   Based on my training and experience, I know that the amount of methamphetamine seized from the SUBJECT PROPERTY is consistent with

7

distribution, and not personal use. Additionally, the empty Ziploc baggies and digital scales are consistent with tools used to break down large quantities of narcotics into smaller quantities for further distribution.

11.    On November 12, 2024, when CARTER was arrested, he told HPD officers that he resided at the SUBJECT RESIDENCE. HPD reports identify the SUBJECT RESIDENCE as CARTER's residence from at least 2019. M.V. was present at the SUBJECT RESIDENCE when CARTER was arrested and spoke with officers. M.V. stated that she lived at the SUBJECT RESIDENCE with CARTER and that nobody else lived at the SUBJECT RESIDENCE.

12.    When searching the SUBJECT RESIDENCE, FBI Agents identified multiple pieces of mail that had CARTER's name listed on it.

### Review of CARTER's Cellphone

13.    A review of the TARGET DEVICE revealed discussions of firearms transactions and narcotics transactions. Specifically, on October 24, 2024, CARTER was having discussions with Individual 1 via Facebook. During the conversation, CARTER and Individual 1 discussed CARTER purchasing an item believed to be a firearm. Individual 1 requested $500 and CARTER replies "2 oz" referring to two ounces of narcotics. Individual 1 stated they did not want "stuff," but rather, they wanted money. CARTER then offered "$100 and 1 and ½" referring to 1.5 ounces of narcotics.

8

14.     On November 4, 2024, Individual 3 discussed CARTER taking his gun from him and not returning it.

15.     On November 5, 2024, CARTER discussed purchasing an "ar" known to law enforcement to be an AR-15 Rifle for $1400.00 from Individual 2.

### Interstate and Foreign Nexus

16.     Photographs of the above-described ammunition were reviewed by Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent Joseph Villagomez.  SA Villagomez confirmed that the ammunition was not manufactured in the State of Hawaii, and thus, necessarily traveled through interstate and/or commerce prior to being possessed in the State of Hawaii.

### Convictions and Status as a Felon

17.     On November 12, 2024, I conducted checks on law enforcement databases and confirmed that CARTER was previously convicted of at least one felony offense, namely a crime punishable by imprisonment for a term exceeding one year, including a conviction in 2007 for Conspiracy to distribute and possess with intent to distribute methamphetamine and felon in possession of a firearm for which CARTER was sentenced to 11 years imprisonment. According to a Hawaii Criminal Justice Inquiry, CARTER has 9 felony convictions in the State of Hawaii. As a result of these felony convictions, CARTER is prohibited from possessing firearms and ammunition under federal law.

9

## **CONCLUSION**

18.    Based on the foregoing, I believe there is probable cause to conclude

SCOTT CARTER committed the offense of felon in possession of a firearm, in

violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), and possession with intent to

distribute controlled substances, namely 50 grams or more of methamphetamine, in

violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

DATED: Honolulu, Hawaii, July 25, 2025.

Respectfully submitted,

Gabriel F. Keown Jr
Special Agent
Federal Bureau of Investigation

This Criminal Complaint and Affidavit in support thereof were presented to, approved
by, and probable cause to believe that the defendant above-named committed the
charged crime(s) found to exist by the undersigned Judicial Officer at 2:50 p.m. on July
25, 2025, at Honolulu, Hawaii.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant
to Fed. R. Crim. P. 4.l(b)(2), this 25th day of July, 2025, at Honolulu, Hawaii.



Rom A. Trader
United States Magistrate Judge

10